DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RUSSELL MAWYER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-09-212 JAM |
| Plaintiff, | STIPULATION AND ORDER TO VACATE TRIAL CONFIRMATION HEARING AND JURY TRIAL AND TO SET STATUS CONFERENCE AND TO EXCLUDE TIME |
| v. | |
| RUSSELL MAWYER, | Date: September 22, 2009 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: John A. Mendez |

This case is currently scheduled for trial confirmation hearing on September 22, 2009. The attorneys for both parties have conferred and agree that due to new developments in the case, the trial confirmation hearing date of September 22, 2009, and the jury trial date of October 5, 2009, be vacated, and the matter be set for status conference on September 22, 2009, at 9:30 a.m.

Based upon the foregoing, the parties stipulate that the time period from the date of signing of this order through and including September 22, 2009, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv), based upon continuity of counsel and defense preparation.

A proposed order is attached and lodged separately for the court's convenience.

1

1  DATED: September 15, 2009

2                      Respectfully submitted,

3

4  LAWRENCE G. BROWN              DANIEL BRODERICK
   United States Attorney                 Federal Defender

5

6  */s/ Lexi Negin for*                    */s/ Lexi Negin*
   WILLIAM WONG                      LEXI NEGIN

7  Assistant U.S. Attorney              Assistant Federal Defender
   Attorney for United States           Attorney for Russell Mawyer

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>RUSSELL MAWYER,<br><br>        Defendant. | CASE NO. CR-S-09-212 JAM<br><br>ORDER TO VACATE TRIAL CONFIRMATION HEARING AND JURY TRIAL AND TO SET STATUS CONFERENCE AND TO EXCLUDE TIME |

For the reasons set forth in the stipulation of the parties, filed on September 15, 2009, IT IS HEREBY ORDERED that the trial confirmation hearing currently scheduled for September 22, 2009, and jury trial date of October 5, 2009, be vacated, and the matter be set for status conference on **Tuesday, September 22, 2009, at 9:30 a.m.** Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 15, 2009, stipulation, the time period from the date of signing of this order through and including September 22, 2009, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv), based upon continuity of counsel and defense preparation.

Dated: September 15, 2009

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

2