DAVID D. FISCHER, SBN 224900
Attorney for Defendant
1007 7th Street, Suite 303
Sacramento, CA 95814
Telephone:   (916) 447-8600
Fax:              (916) 447-8601
E-Mail:         davefischer@yahoo.com

Attorney for Defendant
RUSSELL MAWYER

# IN THE UNITED STATES OF DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>RUSSELL MAWYER,<br><br>                    Defendant. | CR.S.  No.  2:09-cr-00212 JAM<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL CONFIRMATION HEARING AND TRIAL; STIPULATION AND ORDER** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney William Wong and Assistant United States Attorney Daniel McConkie, defendant Russell Mawyer, by and through his counsel, David D. Fischer, agree and stipulate to vacate the date set for trial confirmation hearing, January 12, 2010, at 9:30 a.m., and the date set for jury trial, February 8, 2010, at 9:00 a.m., in the courtroom of the Honorable John A. Mendez. The parties agree that the case may be set for jury trial on March 22, 2010 at 9:00 a.m. and for trial confirmation hearing on March 2, 2010 at 9:30 a.m. This stipulation has been reached because of the defense motion to continue

MOTION FOR CONTINUANCE OF TCH AND TRIAL        - 1 -

PDF created with pdfFactory trial version www.pdffactory.com

the trial date for further preparation, as set forth below. The government does not oppose the motion and stipulates to the dates set forth below.

Defense counsel took over the case on November 17, 2009, and made his first appearance in the case on December 1, 2009. The government has very recently provided additional discovery, including in-car camera footage possibly documenting part of Mr. Mawyer's arrest. The government intends to facilitate a meeting with the defense fingerprint expert and the Sacramento Police Department's fingerprint expert during the week of January 11, 2010. The defense is also in the process of locating and interviewing known witnesses who may potentially be able to assist in Mr. Mawyer's defense. The defense needs more time to locate and interview these potential witnesses.

The Court is advised that Mr. McConkie concurs with this request and authorized Mr. Fischer to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until March 22, 2010, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  January 8, 2010        /s/ David D. Fischer
                               DAVID D. FISCHER
                               Attorney for Defendant
                               RUSSELL MAWYER

Dated:  January 8, 2010        /s/ Daniel S. McConkie
                               Assistant United States Attorney
                               Counsel for Plaintiff

MOTION FOR CONTINUANCE OF TCH AND TRIAL    - 2 -

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the defendant's unopposed motion to continue the trial date is granted; the trial confirmation hearing date of January 12, 2010, at 9:30 a.m., and the jury trial date of February 8, 2010, at 9:00 a.m. are VACATED; and the above-captioned matter is set for trial confirmation hearing on March 2, 2010, at 9:30 a.m. and jury trial on March 22, 2010, at 9:00 a.m. The court finds excludable time in this matter through March 22, 2010, under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv), Local Code T4.

IT IS SO ORDERED

Dated:  January 11, 2010                        /s/ John A. Mendez_____
                                                HON. JOHN A. MENDEZ
                                                U.S. District Court Judge

MOTION FOR CONTINUANCE OF TCH AND TRIAL      - 3 -

PDF created with pdfFactory trial version www.pdffactory.com