DAVID D. FISCHER, SBN 224900
Attorney for Defendant
1007 7th Street, Suite 303
Sacramento, CA 95814
Telephone:   (916) 447-8600
Fax:         (916) 447-8601
E-Mail:      davefischer@yahoo.com

Attorney for Defendant
RUSSELL MAWYER

**IN THE UNITED STATES OF DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RUSSELL MAWYER,<br><br>　　　　　Defendant. | CR.S. No. 2:09-cr-00212 JAM<br><br>**DEFENDANT'S UNOPPOSED MOTION TO VACATE THE CURRENT DATES SET FOR TRIAL CONFIRMATION HEARING AND TRIAL; AND SET DATE FOR MOTION TO SUPPRESS EVIDENCE STIPULATION AND ORDER** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorneys William Wong and Daniel McConkie, defendant Russell Mawyer, by and through his counsel, David D. Fischer, agree and stipulate to vacate the date set for trial confirmation hearing, March 2, 2010, at 9:30 a.m., and the date set for jury trial, March 22, 2010, at 9:00 a.m., in the courtroom of the Honorable John A. Mendez. The parties agree that the case may be set for a motion to suppress evidence on April 13, 2010, at 11:00 a.m.

1 | The Court is advised that Mr. McConkie concurs with this request and authorized Mr. Fischer to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until April 13, 2010, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(1)(D) and Local Code E, due to delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion – specifically the filing of a motion to suppress evidence.  Time should also be excluded for the preparation of the defense under 18 U.S.C. § 3161(h)(7) (B)(iv)and Local Code T4. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  February 26, 2010                              /s/ David D. Fischer
                                                       DAVID D. FISCHER
                                                       Attorney for Defendant
                                                       RUSSELL MAWYER

Dated:  February 26, 2010                              /s/ Daniel S. McConkie
                                                       Assistant United States Attorney
                                                       Counsel for Plaintiff

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the defendant's unopposed motion to vacate the trial date is granted; therefore, the trial confirmation hearing date of March 2, 2010, at 9:30 a.m., and the jury trial date of March 22, 2010, at 9:00 a.m. are VACATED; and the above-captioned matter is set for a non-evidentiary hearing on the defense motion to suppress evidence on April 13, 2010 at 11:00 a.m. The defense motion shall be filed by March 5, 2010. The government

MOTION FOR CONTINUANCE OF TCH AND TRIAL      - 2 -

PDF created with pdfFactory trial version www.pdffactory.com

shall file a response by March 26, 2010. Any defense reply shall be filed by April 2, 2010.

The court finds excludable time in this matter through April 13, 2010, under 18 U.S.C. § 3161(h)(1) (D) and Local Code E, due to delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion – specifically the filing of a motion to suppress evidence.  The court also finds excludable time for the preparation of the parties under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), and Local Code E and T4.

IT IS SO ORDERED

Dated:  03/01/2010

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
U.S. District Court Judge