BENJAMIN B. WAGNER
United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2725

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-09-212 JAM |
| Plaintiff, ) | |
| v. ) | |
| RUSSELL JAY MAWYER, ) | <u>STIPULATION AND ORDER CONTINUING MOTION SCHEDULE AND HEARING DATE</u> |
| Defendant. ) | |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney Benjamin B. Wagner and Assistant United States Attorney Daniel S. McConkie, and Defendant Russell Jay Mawyer, through his attorney David D. Fischer, as follows:

It is agreed that the current non-evidentiary hearing on the suppression motion, set for April 13, 2010, as well as the associated motions schedule, be vacated. It is agreed that the new date on the hearing will be on May 18, 2010 at 11:00 a.m. The defense has already filed a motion to suppress. The government response shall be due April 23, 2010. If the defense chooses to reply, that reply shall be filed by May 7, 2010.

The continuance of the motion hearing and schedule is necessary because the government is interviewing Officers Morrison and Fetch

1

and obtaining necessary declarations for the opposition to the defense motion; the parties are continuing to prepare for trial; and defense counsel continues to investigate and needs additional time to review the discovery and discuss issues with the defendant.

Accordingly, the parties jointly request a new hearing date of May 18, 2010 at 11:00 a.m. and that the time period from today's date through May 18, 2010 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv) and 3161(h)(1)(D) and Local Codes E and T4 for the pending motion, the preparation of the parties, continuity of counsel, and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

Dated: March 25, 2010   /s/ Daniel S. McConkie
DANIEL S. McCONKIE
Assistant U.S. Attorney
Attorney for Plaintiff

Respectfully submitted,

Dated: March 25, 2010   /s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
RUSSELL JAY MAWYER
By DSM per email authorization

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: March 25, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge

2