BENJAMIN B. WAGNER
United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2725

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-09-212 JAM |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | STIPULATION AND ORDER |
| RUSSELL JAY MAWYER, ) | MODIFYING MOTION SCHEDULE |
| ) | WITHOUT CHANGING HEARING DATE |
| Defendant. ) | |
| _____ ) | |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney Benjamin B. Wagner and Assistant United States Attorney Daniel S. McConkie, and Defendant Russell Jay Mawyer, through his attorney David D. Fischer, as follows:

The government response to the motion to suppress shall be due April 30, 2010. If the defense chooses to reply, that reply shall be filed by May 11, 2010. The non-evidentiary hearing remains set for May 18, 2010 at 11:00 a.m.

The modification of the motion schedule is necessary because the government continues to interview the witnesses, prepare declarations, and draft its response; and the parties continue to prepare for trial.

Accordingly, the parties jointly request that the briefing

1

1 schedule be so modified, without changing the May 18, 2010 hearing
2 date. Time has already been excluded in the court's order of March
3 26, 2010.

                                              BENJAMIN B. WAGNER
                                              United States Attorney

Dated: April 23, 2010             /s/ Daniel S. McConkie
                                              DANIEL S. McCONKIE
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

                                              Respectfully submitted,

Dated: April 23, 2010             /s/ David D. Fischer
                                              DAVID D. FISCHER
                                              Attorney for Defendant
                                              RUSSELL JAY MAWYER
                                        By DSM per email authorization

## **ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: April 23, 2010

                                              /s/ John A. Mendez
                                              JOHN A. MENDEZ
                                              United States District Judge