DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
RUSSELL MAWYER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-CR-00212 JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING |
| v. | |
| RUSSELL MAWYER, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on May 23, 2017.

2. By this stipulation, the parties jointly move to continue the admit/deny hearing to June 20, 2017. at 9:15 a.m. because defense counsel requires more time to conduct investigation.

3. The parties have consulted with U.S. Probation Officer Vladimir Pajcin, and he does not object to the continuance.

1

IT IS SO STIPULATED.

Dated:  May 22, 2017                                  PHILLIP A. TALBERT
                                                     U.S. ATTORNEY

                                       by:     /s/ David D. Fischer for
                                                     JAMES CONOLLY
                                                     Assistant U.S. Attorney
                                                     Attorney for Plaintiff

Dated:  May 22, 2017                                  /s/  David D. Fischer
                                                       DAVID D. FISCHER
                                                       Attorney for Defendant
                                                         RUSSELL MAWYER

**O R D E R**

IT IS SO ORDERED this 22nd  day of May,  2017.


                                                        /s/ John A. Mendez
                                                       HON. JOHN A. MENDEZ
                                                       U.S. DISTRICT COURT JUDGE